## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PHOTOMEDEX, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>ST. PAUL FIRE & MARINE INSURANCE<br>COMPANY,<br><br>          Defendant. | CIVIL ACTION<br><br>No. 2:09-cv-00896-WY<br><br>Hon. Judge Yohn |

### JOINT MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby jointly move the Court for the entry of an order dismissing with prejudice all claims and counterclaims in the above-captioned matter. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Richard F. McMenamin
Richard F. McMenamin (PA 26209)
Kathryn E. Potalivo (PA 206120)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

*Attorneys for Plaintiff
PhotoMedex, Inc.*

DATE:  May 31, 2011

R. Bruce Morrison, Esq. (PA 34797)
MARSHALL, DENNEHEY, WARNER, COLEMAN
& GOGGIN
1845 Walnut Street
Philadelphia, PA 19103

*Attorneys for Defendant St. Paul Fire &
Marine Insurance Company*

DATE:  May 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2011, the foregoing document was served upon the

counsel listed below electronically by virtue of its availability for viewing on the Electronic Case

Filing System:

Bruce Morrison, Esq.
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 19103


_/s Richard F. McMenamin_____
Richard F. McMenamin